1172

No. 11–7861. CAVAZOS CARREON, AKA CARREON CAVAZOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮
▮

No. 11–7862. SHEVGERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 11–7864. ROULHAC *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 11–7866. TAYLOR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 11–7871. GOODYKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 11–7873. GIRARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 11–7894. GAYTAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 11–7896. LEONARDO-DOROTEO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 11–7897. MUNIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 11–7898. PEREZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7899. VARGAS-MENDOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 11–7905. GUZMAN PINALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 11–7906. MARTINEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 11–7907. MAKWANA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

